UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PETER MALIARAKIS

                       Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
Et al.
                     Defendants.
----------------------------------------------------------------x

**NOTICE OF MOTION**

**Docket No.: 14 CV 6088**

**USDJ Ronnie Abrams**

PLEASE TAKE NOTICE, that, upon the accompanying Affirmation of Jorge Vasquez Esq. including all of the exhibits appended thereto, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Jorge Vasquez Esq. will move this Court at the United States Courthouse for the Southern District of New York, before the Honorable Ronnie Abrams, USDJ located at 40 Foley Square, Courtroom 2203, New York, New York, at a time and date to be set by the Court for an Order enforcing an award of attorney fees to Jorge A. Vasquez Esq. in the amount of $37,450.00 and for such other and further relief as to this Court seems just and proper.

Dated: December 5, 2018
Queens, New York

                                      Respectfully submitted,

                                      */s/ Jorge A. Vasquez, Esq.*
                                      Trial Counsel for the Plaintiff
                                      84-08 Queens Blvd.
                                      Queens, New York 11373
                                      Tel.: (718) 701-2729

1