

Bryan Glass <bglass@ghnylaw.com>

## NYSCEF Notification: Westchester - Commercial - Contract - <NOTICE OF DISCONTINUANCE (PRE RJI)> 50678/2018 (Jorge A Vasquez - v. - Peter Maliarakis et al)
1 message

efile@nycourts.gov <efile@nycourts.gov>  Mon, Dec 3, 2018 at 2:44 PM
To: bg@glasskrakower.com, catherinem70@aol.com, efile@nycourts.gov, bglass@ghnylaw.com



# Westchester County Supreme Court Notification of Filing 12/03/2018

The NYSCEF System has received documents from the filing user, CATHERINE MCGOVERN, for the case listed below. Please retain this notification for your records.

## Case Information

Index #: **50678/2018**
Caption: **Jorge A Vasquez - v. - Peter Maliarakis et al**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
| --- | --- | --- |
| 5 | NOTICE OF DISCONTINUANCE (PRE RJI) | 12/03/2018 |

## E-mail Service Notifications Sent

| Name | Email Address |
| --- | --- |
| BRYAN GLASS | bg@glasskrakower.com |
| CATHERINE MCGOVERN | catherinem70@aol.com |

## E-mail Service Notifications NOT Sent *

| Party | Attorney |
| --- | --- |
| Peter Maliarakis, Defendant/Respondent | No Representation Recorded |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

## Filing User

**CATHERINE MCGOVERN** | catherinem70@aol.com | 646-966-3532 | 4260 Katonah Avenue #4G, Bronx, NY 10470

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended