

# Jorge Vasquez's New York Litigators, Inc.

October 2, 2018

Bryan D. Glass. Esq
100 Church St, 8TH FLOOR
New York, NY 10007

Re:   MALIARAKIS v. NYCDOE

14 CV 6088

Dear Mr. Glass:

This letter shall serve as demand for payment in the amount of approximately $20,150.00 reflecting Jorge Vasquez's respective pro rata share of counsel fees which remains due and owing to him in connection to his representation as trial counsel for Peter Maliarakis in the above referenced matter.

Please be advised that an application will be made to the United States District Court: Southern District of New York on behalf of Mr. Vasquez seeking leave to file a motion to enforce a certain fee arrangement between you and Mr. Vasquez.

The within correspondence represents the good faith attempt of Mr. Vasquez to resolve this matter. Please contact the undersigned within 10 days should you wish to resolve this prior to the filing for such stated relief from the Court.

Yours truly,

Catherine McGovern, Esq