UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER MALIARAKIS,

              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, NAMITA
DWARKA AND GUY YACOVONE,

              Defendants.

DECLARATION OF PETER MALIARAKIS IN OPPOSITION TO VASQUEZ'S MOTION FOR ATTORNEYS' FEES

14 Civ. 6088 (RA)(JCF)

      PETER MALARIAKIS, the Plaintiff in the above-captioned action, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Plaintiff in the above-captioned action.
2. I write in response to the motion for attorneys' fees submitted by attorney Jorge Vasquez, which my attorney Bryan Glass informed me was filed by Mr. Vasquez on about December 5, 2018.

3. I believe this represents continuing unethical conduct by Mr. Vasquez as he continues to try to shake down myself and Mr. Glass for money since the time of my settlement in this case.
4. Mr. Vasquez previously brought an action in Westchester Supreme state court against me and Mr. Glass by summons and notice under Index No. (attached). When both Mr. Glass and I demanded a complaint within 30 days, Mr. Vasquez never responded with a complaint.
5. In November 2018, we received notice that he sought to discontinue that state court action without prejudice and try again with the instant motion here. I question if he can even do this since he is trying yet another bit at the apple.
6. The fact is that neither myself nor Mr. Glass ever had any written or oral agreement with Mr. Vasquez at any time.
7. While I was in a firestorm of retaliation by Principal Dwarka and news media started running with what was going on in 2014, I had many former students / alumni messaging me in social media offering their support and help.
8. A friend of Jorge Vasquez, Gianni Sfferraza, who are both alumni of the school, where I was teaching at the time, reached out to me and offered Jorge Vasquez's support and service since he went to the school and supported many of the teachers being harassed under the principal.
9. The offer of support seemed rather innocent at the time and I sure didn't mind any extra support analogous to my attorney, Bryan Glass, who had been representing me on the case for over year, when Gianni Sferrazza reached out to me.
10. At Ms. Sfferraza's suggestion, I reached out to Jorge Vasquez and he was very pleasant and supportive.
11. We had no mention of an agreement for money compensation on my case, and it was my understanding that he was an Alumni of the school just trying to help like the many other former students and staff that came forward to assist me in many different ways to topple an evil vindictive principal, who was hurting innocent people.
12. At some point, Bryan Glass and I spoke about potentially bringing Mr. Vasquez on as a trial lawyer since Bryan thought that if we did go to trial, he could use his help assisting at a trial.
13. I mentioned to Jorge that if he would be willing to be a trial lawyer if we went to trial, we could come to an agreement to percentage split that both attorneys would agree to.
14. It was made clear to Mr. Vasquez that I would compensate him only if we went to trial. Everything up to the potential trial, which seemed like a strong possibility at this point, was covered by the representation of Bryan Glass, who had personally filed the complaint, managed all discovery, made all court appearances, and conducted all depositions in the case.
15. It was my understanding, Mr. Vasquez was working pro bono up to this point and never had an issue with that and I sensed he was doing it out of the goodness of his heart to help

me and former coaches of his that had worked at the school that had been set up and pushed out by Principal Dwarka.

16. In 2015, Bryan Glass and I agreed to bring Mr. Vasquez to the settlement conference before Magistrate Judge Francis, to see if we thought he could be an asset to us going forward if there was a potential trial.
17. This is the first time Mr. Glass and Mr. Vasquez met in person to my knowledge.
18. We figured settling at this conference was a long shot since any previous settlement conferences seemed like a waste of time and we were light years away from any settlement.
19. We were pleasantly surprised that the City's offer at the conference for a global settlement was fair, and considering the firestorm that was going on with national media running the reality of what was going on, I decided to accept the offer and settled. Therefore, we obviously avoided trial and that was the end of that. As per my written retainer with Mr. Glass, he received 1/3 of the total sum, minus what I had already paid him upfront, and I received the remainder. Neither Mr. Glass nor I ever had any written retainer nor oral agreement with Mr. Vasquez. Mr. Vasquez's claim that he is entitled to 33% of anything is a complete fabrication and I question if Mr. Vasquez can be referred to the bar association for this fabrication for unethical misconduct.
20. Jorge Vasquez seems to be trying to cleverly and unethically become compensated now as if we had some agreement or contract which is a lie and just isn't the case.
21. It also seems really strange that case was settled and closed almost 4 years ago and we are recently hearing about this.
22. It just seems to me Mr. Vasquez is grasping at straws and I strongly and confidently stand by Bryan Glass's side with these completely false assertions on Mr. Vasquez's part.
23. If Mr. Vasquez does not drop his matter immediately, I would request that Your Honor report Mr. Vasquez to the disciplinary committee for unethical misconduct.
24. I am aware that Mr. Vasquez has been subject of reports for unethical misconduct based on my internet research about him. See attached articles.
25. I hope that Your Honor immediately dismiss this matter and order Mr. Vasquez to stop harassing me and my attorney Bryan Glass with a threat of sanctions if he continues to do so. Thank you for your consideration.

Dated: December 1\_, 2018

*[signature]*

PETER MALIARAKIS

Subscribed and sworn before me
this \_\_ day of December, 2018

*[signature]*

DONALD GOLDSMITH
Notary Public, State of New York
No. 01GO5021034
Qualified in Westchester County
Commission Expires Dec. 6, 20\_\_.

SUPREME COURT OF THE STATE OF NEW YORK:
COUNTY OF WESTCHESTER

---------------------------------------------x       Index No.
JORGE VASQUEZ

              Plaintiff,                    **SUMMONS WITH NOTICE**

  vs.

PETER MALIARAKIS; BRYAN GLASS

              Defendant.
---------------------------------------------x

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

    NOTICE: See attached Rider

Dated: Queens, NY
       November 23, 2017

                                            JORGE VASQUEZ'S
                                            NEW YORK LITIGATORS
                                            84-08 Queens Blvd.
                                            Elmhurst, NY, 11373
                                            Tel. Number: 718 701-2729

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------
JORGE VASQUEZ,

                              Plaintiff,

                              **NOTICE OF APPEARANCE AND DEMAND**

        -against-

                              Index No. 50678/2018

PETER MALIARAKIS; BRYAN GLASS,

                              Defendant.
-----------------------------------------------------------------

       PLEASE TAKE NOTICE THAT the Defendant(s) named below hereby appear in this action and demand that you serve a copy of the complaint and all notices and other papers in this action upon the Defendant(s) at the address(es) stated below.

Bryan Glass
100 Church Street, Suite 800
New York, NY 10007


Dated:      New York, New York
               May 22, 2018

                                Yours, etc.,

                                GLASS KRAKOWER LLP
                                100 Church Street, Suite 800
                                New York, NY 10007
                                (212) 537-6859

                By:    */s: Bryan D. Glass*
                                BRYAN D. GLASS, ESQ.

      The Plaintiff, Jorge Vasquez has no retainer agreement and is bringing a frivolous complaint against me and the other Defendant Peter Maliarakis. I also discovered some other potential fraudulent business practices by Mr. Jorge Vasquez, Esq. has engaged in recently that closely aligns with this frivolous complaint. I have attached my findings to the notice of appearance document.

                        Sincerely,
                        Bryan D. Glass, Esq.

(//www.google.com/maps/place/8408+Queens+Boulevard%2C+New+York%2C+New+York%2C+11373%2C+Unit

# Jorge Vasquez's, New York Litigators, Inc. From Real Estate to Law to Scamming New York New York

G+  Tweet

**REBUTTAL BOX™ | Respond to this Report! (/file/comment/1435427) | Consumer Comment (/file/comment/1435427)** ⓘ

Repair your reputation the right way (/corporate-advocacy-program/change-report-from-negative-to-positive) ⓘ (/corporate-advocacy-program/change-report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (https://www.ripoffreport.com/file/comment/1435427) ⓘ

File New Report (/file-report) ⓘ

← Is this
**Ripoff Report**
About you?

**Ripoff Report**
A business' first
line of defense
**on the Internet.**

If your business is
willing to make a
commitment to
customer satisfaction

**Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)**

Jorge Vasquez scammed me on a real estate deal. He is not a good person and should be avoided at all costs. I initially felt compassion for him because of his background which made me trust him and ignore some alarm bells that were going off in my head. The things he was telling me did not make sense. I wanted to buy a house and flip it but I did not want to get involved in a fraud for profit scheme. Jorge Vasquez was trying to talk me into inflating the value of the home above and beyond what it was actually worth. He came up with this scheme for how we could get a fraudulent appraisal and it involved saying we made all these expensive renovations when we actually did nothing. He tried to convince me that his law background and real estate knowledge could push dirt over our tracks and keep us from getting caught. I could not stomach what he was proposing and backed out of the deal before it occurred but not before he stole 5 figures in cash from me on a deal that never happened. I can not recommend the attorney or the man in this case. Do yourself a favor and avoid him.

**Report Attachments:**



(/1024x768/docs/r1435427-
s32fsw-
25g7uqluuk.png)

This report was posted on Ripoff Report (/) on 03/21/2018 06:59 PM and is a permanent record located here https://www.ripoffreport.com/reports/jorge-vasquezs-new-york-litigators-inc/new-york-new-york-11373/jorge-vasquezs-new-york-litigators-inc-from-real-estate-to-law-to-scamming-new-york-1435427 (/reports/jorge-vasquezs-new-york-litigators-inc/new-york-new-york-11373/jorge-vasquezs-new-york-litigators-inc-from-real-estate-to-law-to-scamming-new-york-1435427). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/).

**Click Here to read other Ripoff Reports on Jorge Vasquez's, New York Litigators, Inc.
(/reports/specific_search/Jorge+Vasquez%27s%2C+New+York+Litigators%2C+Inc.)**

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Jorge Vasquez's, New York Litigators, Inc.

Search

## Report & Rebuttal

**Respond to this report!**

File a Rebuttal                                        ⓘ

**Also a victim?**

File a Report                                          ⓘ

**Repair Your Reputation!**

Get Started                                            ⓘ

### Related Reports

Akam Associates SLUMLORDS INC. SLUMLORDS INC. FOR PEOPLE INSANE ENOUGH TO LET AKAM MANAGE THEIR BUILDING New york, New York (/reports/akam-associates/new-york-new-york-10011/akam-associates-slumlords-inc-slumlords-inc-for-people-insane-enough-to-let-akam-man-786032)

Law Offices of Mark S. Gray, Esq. WARNING: REAL ESTATE SCAM!! CORRUPT ATTORNEYS MARK S. GRAY, PETER ELIOPOULOS FRAUDSTERS: CORRUPT ATTORNEYS MARK S. GRAY AND PETER ELIOPOULOS TRIES TO SCAM JEWISH HOMEOWNER WITH FRAUDULENT FILINGS IN SURROGATES COURT MANHATTAN New York New York (/reports/law-offices-of-mark-s-gray-esq/new-york-new-york-10025/law-offices-of-mark-s-gray-esq-warning-real-estate-scam-corrupt-attorneys-mark-s-gr-1240715)

Obed Vasquez Obed Vaguez Is a Scammer Bronx, New York (/reports/obed-vasquez/bronx-new-york-10462/obed-vasquez-obed-vaguez-is-a-scammer-bronx-new-york-720544)

spacer hunters century 21 rentals, room finders,places to live trusted name in real estate since the 70's new york New York (/reports/spacer-hunters/new-york-new-york/spacer-hunters-century-21-rentals-room-findersplaces-to-live-trusted-name-in-real-estat-1188517)

Americana Real Estate suzie $150.00 was stolen from me. New York, New York (/reports/americana-real-estate/new-york-new-york-/americana-real-estate-suzie-15000-was-stolen-from-me-new-york-new-york-805775)

(((NAME(S) REDACTED DUE TO PERCEIVED HARASSMENT / CYBERSTALKING / CYBERBULLYING / REVENGE POST))) I RIPOFF REPORT POST-PUBLICATION CONTENT REVIEW: EDITORIAL REDACTIONS I Residential Real Estate Discrimination Housing Discrimination New York New York (/reports/names-redacted-due-to-perceived-harassment-cyberstalking-cyberbullying-revenge-post/new-york-new-york/names-redacted-due-to-perceived-harassment-cyberstalking-cyberbullying-revenge-1334129)

Joseph Real Estate Joseph Real Estate Inc. Joseph Real Estate redefines the term SLUMLORD Brooklyn, New York (/reports/joseph-real-estate/brooklyn-new-york-11229/joseph-real-estate-joseph-real-estate-inc-joseph-real-estate-redefines-the-term-slumlord-868838)

Corcoran Real Estate large real estate agent using sleazy, dishonest and aggressive tactics ripoff New York New York (/reports/corcoran-real-estate/new-york-new-york-10003/corcoran-real-estate-large-real-estate-agent-using-sleazy-dishonest-and-aggressive-tactic-236428)

Gary Oberol Gurpreet Oberol Liar, scam artist, master manipulator, con man, Real estate scum, not to be trusted, Sex fiend New York, New York (/reports/gary-oberol/new-york-new-york-10022/gary-oberol-gurpreet-oberol-liar-scam-artist-master-manipulator-con-man-real-estate-sc-706400)

P & S Services, Inc. Sent letter similar to previous 2 ripoff reports New York, New York (/reports/p-s-services-inc/new-york-new-york-10038/p-s-services-inc-sent-letter-similar-to-previous-2-ripoff-reports-new-york-new-york-673022)