# Exhibit 1

**jorge@nylitigators.com**

| | |
|---|---|
| **From:** | Peter . (via Google Docs) <peteymal@gmail.com> |
| **Sent:** | Thursday, November 12, 2015 10:25 AM |
| **To:** | jorge@nylitigators.com |
| **Cc:** | bglass@ghylaw.com |
| **Subject:** | Maliarakis mediation settlement for MJ-11.10.15 - Invitation to edit |

Peter has invited you to **edit** the following document:

## Maliarakis mediation settlement for MJ-11.10.15

Guys please proof read and give me your opinion on this pre settlment conference letter for Nov 17 9am conference.Thank you.

Open in Docs

This email grants access to this item without logging in. Only forward it to people you trust.

Google Docs: Create and edit documents online.

1

