# Exhibit 3

jorge@nylitigators.com

**From:** Peter <peteymal@gmail.com>
**Sent:** Tuesday, November 17, 2015 4:57 PM
**To:** Bryan Glass
**Cc:** Jorge
**Subject:** Re: Maliarakis Reassignment

I guess the pressure was too much for them to deal with lol.

Can I post on FB group that my file was cleaned out and I received a 6 figure settlement with no specification on the amount ?

Edelman wants to do a story and I will also have her phrase it as a six figure settlement. Will also contact crime watch daily.

Any objections to things mentioned ?


On Nov 17, 2015, at 4:16 PM, Bryan Glass <bglass@ghnylaw.com> wrote:

> FYI...that was quick!
>
> ---------- Forwarded message ----------
> From: **Renaghan, Sean (Law)** <Srenagha@law.nyc.gov>
> Date: Tue, Nov 17, 2015 at 3:40 PM
> Subject: Maliarakis Reassignment
> To: Bryan Glass <bglass@ghnylaw.com>
>
> Bryan,
>
> I have been informed that, consistent with today's agreement, Mr. Maliarakis' last day at William Cullen Bryant High School will be Wednesday, November 25, 2015. Mr. Maliarakis will go into ATR rotation effective Monday, November 30, 2015, and will receive his work assignment next week. It is my understanding that Mr. Maliarakis will receive an independent communication directly from the DOE with the details of his assignment.
>
> Regards,
>
> Sean

1

**Sean Renaghan**

Assistant Corporation Counsel

Labor and Employment Law Division

New York City Law Department

100 Church Street, Room 2-112

New York, NY 10007

(212) 356-2452

srenagha@law.nyc.gov


--
*Bryan D. Glass, Esq.*
*Partner*

GLASS KRAKOWER LLP
100 Church Street, 8th Floor, Suite 800
New York, NY 10007

169 S. Main Street #321
New City, NY 10956
Tel: 212-537-6859
(This number receives text messages)
Fax: 845-510-2219

www.ghnylaw.com
bglass@ghnylaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at bglass@ghnylaw.com or by telephone at (212) 537-6859, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

## jorge@nylitigators.com

| | |
|---|---|
| **From:** | jorge <jorge@nylitigators.com> |
| **Sent:** | Tuesday, November 17, 2015 5:18 PM |
| **To:** | Peter; Bryan Glass |
| **Subject:** | Re: Maliarakis Reassignment |
| **Attachments:** | Untitled attachment 34803.txt; Untitled attachment 34806.htm; Untitled attachment 34809.txt |

Nothing until the check clears

Sent from my T-Mobile 4G LTE Device

jorge@nylitigators.com

**From:** Peter <peteymal@gmail.com>
**Sent:** Tuesday, November 17, 2015 10:26 PM
**To:** Jorge
**Subject:** Spoke to Bryan

We think 5k is fair for the amount of work everyone put into the case. I'm sure that we never agreed on 10% before this conference today. You simply said you would come to the negotiating table for this conference. Bryan suggests that you guys put terms in writing for any future cases/work. The only way this would become 10% is if Bryan were willing to go down to 25% which he or I don't think would make it a fair split here for the amount of work put into the case by each party. Hope you understand because I don't like to screw anyone out of what they deserve.