Exhibit 4

jorge@nylitigators.com

| | |
|---|---|
| **From:** | Jorge <jorge@nylitigators.com> |
| **Sent:** | Monday, February 22, 2016 8:36 PM |
| **To:** | 'Bryan Glass'; 'Peter Maliarakis' |
| **Subject:** | FW: Settlement memo on behalf of Peter Maliarakis for Tuesday 9 am conference 14 Civ. 6088(RA)(JF) |
| **Attachments:** | Crime watch daily.pdf.html; Maliarakis settlement conference memo for MJ final-11.13.15.pdf; Per Session losses 11 13 15.xlsx; Lawyer Visits Excel.xlsx; BryantDwarka HS Articles.docx |

Counselor,

Please let me know what the status of the settlement money is with regards to this case. I have not yet received any payments or updates. Attached are copies of what was submitted by you, counsel, on behalf of your client regarding the costs of "lawyer Visits."

Please advise as to what you and your clients position is on any settlement payments to me as a result of the settlement of this matter. Thanks for your attention.

## Jorge A. Vasquez, Esq.

The Law Offices of Voronovitskaia & Vasquez, PC
600 Third Avenue, 2nd Floor
New York, NY 10016
(718) 701-2729
jorge@nylitigators.com
www.nylitigators.com

NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. Please notify the sender by reply email or call 718-701-2729 and delete this email. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by return e-mail. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by The Law Offices of Voronovitskaia & Vasquez, PC .

The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State.

1

**From:** Bryan Glass [mailto:bglass@ghnylaw.com]
**Sent:** Friday, November 13, 2015 7:46 PM
**To:** michael_bacchus@nysd.uscourts.gov
**Subject:** Settlement memo on behalf of Peter Maliarakis for Tuesday 9 am conference 14 Civ. 6088(RA)(JF)

Please see attached settlement memo and related documents. Sorry for delay as I was in court late today.

Thank you, and feel free to contact me if anything else is needed before Tuesday.

--
*Bryan D. Glass, Esq.*
*Partner*

GLASS KRAKOWER LLP
100 Church Street, 8th Floor, Suite 800
New York, NY 10007

169 S. Main Street #321
New City, NY 10956
Tel: 212-537-6859
(This number receives text messages)
Fax: 845-510-2219

www.ghnylaw.com
bglass@ghnylaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at bglass@ghnylaw.com or by telephone at (212) 537-6859, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.