Exhibit 6

jorge@nylitigators.com

**From:** Peter Maliarakis <peteymal@hotmail.com>
**Sent:** Sunday, October 25, 2015 3:39 AM
**To:** Jorge
**Subject:** New York Post: How a homeowner's foreclosure deal turned into a scam horror story

I thought you might be interested in this story from the New York Post.

How a homeowner's foreclosure deal turned into a scam horror story http://nyp.st/2059p8u

For more from the New York Post and to download our apps, visit NYPost.com.

METRO

# How a homeowner's foreclosure deal turned into a scam horror story

By Catherine Curan

October 24, 2015 | 10:34pm



Broadies Byas
J.C. Rice

Broadies Byas knew the foreclosure rescue deal was too good to be true, but desperation made her sign the papers anyway.

After falling ill, the 50-year-old Bedford-Stuyvesant resident couldn't repay $30,000 on a home equity loan, and had received a notice of foreclosure for the brownstone where she was born and raised.

In spring 2014, she decided to give an official-sounding company called Homeowners Assistance Services a try. Byas says the company gave her a check for $50,000, but not the new mortgage she expected.

Sensing something wasn't right, Byas didn't cash the check. She soon learned she'd turned over ownership of the home, currently listed on Zillow at $1.9 million, to con artists who threatened to evict her family.

Her voice at times choked with emotion, Byas spoke to reporters at a mortgage scam and foreclosure prevention workshop earlier this month at Brooklyn's Borough Hall, which drew 90 people.

"I didn't have a name for what happened to me," said Byas, who's waging a legal battle for her home. "I don't want anybody to go through this."

Calls to Homeowners Assistance Services were not returned. Last May, Manhattan U.S. Attorney Preet Bharara arrested Amir Meiri and Mario Alvarenga alleging they and a third person ran a scheme using Homeowners Assistance Services and a related company, Launch Development, LLC, to swindle New Yorkers out of their homes. Meiri and Alvarenga were indicted in September.

Deed theft is the latest rising wave among foreclosure-related scams that have been ravaging New York, especially southeastern Brooklyn and Queens, since the crisis began. Huge spikes in real estate values, and lax standards for property transfers, are fueling this scam.

"Brooklyn is booming as Brooklyn never has before," said NY Attorney General Eric Schneiderman.

Brooklyn Borough President Eric Adams called for district attorneys to step up criminal prosecutions.

The New York City Sheriff's office has 900 cases of possible deed fraud, mainly in Brooklyn, and has made 17 arrests. Sheriff Joseph Fucito said that in 175 of the 300 possible deed fraud cases closed in the last year, his office knew fraud had occurred, but couldn't pin the crime on anyone. Fucito wants more investigators, and stricter property transfer rules.

Recent cases include the arrest of a NYC police officer for alleged deed fraud, and a dozen indictments by the Brooklyn DA since January 2014.

New Yorkers can call 718-250-2340 to report suspected deed fraud.

FILED UNDER  **FORECLOSURE**, **HOMEOWNERS**, **MORTGAGES**, **REAL ESTATE**, **SCAMS**

Recommended by